# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America <br> v. <br> ZVONIMIR JOSEPH JURLINA <br> DOB: ▓▓▓▓ <br><br> *Defendant(s)* | Case: 1:21-mj-00502 <br> Assigned To : Harvey, G. Michael <br> Assign. Date : 6/25/2021 <br> Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1363 and 2 | (Destruction of property in special maritime and territorial jurisdiction and aiding and abetting) |
| 40 U.S.C. § 5104(e)(2)(F) | (Act of Physical Violence on Grounds) |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

_Complainant's signature_

Cameron Mizell, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 06/25/2021

_Judge's signature_

City and state: Washington, D.C.    G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*