AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
ZVONIMIR JOSEPH JURLINA,

*Defendant*

)
) Case: 1:21-mj-00502
) Assigned To : Harvey, G. Michael
) Assign. Date : 6/25/2021
) Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Zvonimir Joseph Jurlina,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1363 and 2 (Destruction of property in special maritime and territorial jurisdiction and aiding and abetting)
40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence on Grounds)

Date: 06/25/2021

Digitally signed by G. Michael Harvey
Date: 2021.06.25 14:31:14 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/25/2021, and the person was arrested on *(date)* 6/28/2021
at *(city and state)* Austin, TX.

Date: 6/28/2021

*Arresting officer's signature*

Jeffrey Deane / Task Force Officer
*Printed name and title*