IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ZVONIMIR JURLINA,**<br><br>Defendant. | **CR NO. 21-MJ-502** |

### CONSENT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States, through undersigned counsel, hereby files this motion to adjourn the status conference set for Tuesday, March 8, 2022, in the above-captioned matter, for approximately 60 days, until Tuesday, May 10, 2022. Defense counsel concurs in this motion. The parties request the additional time to engage in plea negotiations and review preliminary discovery productions.

The parties request that the Court exclude the time until the status conference on May 10, 2022, pursuant to 18 U.S.C. § 3161 *et seq*., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

                                                  Respectfully submitted,

                                                  MATTHEW M. GRAVES
                                                  UNITED STATES ATTORNEY
                                                  D.C. Bar No. 481052

Date: March 4, 2022                      By:  */s/ Jennifer Leigh Blackwell*
                                                  Jennifer Leigh Blackwell
                                                  Assistant United States Attorney
                                                  D.C. Bar No. 481097
                                                  United States Attorney's Office
                                                  555 Fourth Street, N.W.
                                                  Washington, D.C.  20530
                                                  Telephone: (202) 803-1590
                                                  Email: Jennifer.blackwell3@usdoj.gov

CERTIFICATE OF SERVICE

On this 4th day of March, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

/s/ *Jennifer L. Blackwell*
Jennifer Leigh Blackwell
Assistant United States Attorney
Jennifer Leigh Blackwell
Assistant United States Attorney
D.C. Bar No. 481097
555 4th Street, N.W.
Washington, D.C. 20530
Phone: (202) 803-1590
Jennifer.blackwell3@usdoj.gov