IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ZVONIMIR JURLINA,**<br><br>**Defendant.** | CR NO. 21-MJ-502 |

## CONSENT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States, through undersigned counsel, hereby files this motion to adjourn the status conference set for Tuesday, September 13, 2022, in the above-captioned matter, for approximately 60 days, until Thursday, November 10, 2022. Defense counsel concurs in this motion. The parties request the additional time to engage in plea negotiations and review preliminary discovery productions.

The parties request that the Court exclude the time until the status conference on November 10, 2022, pursuant to 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

                                            Respectfully submitted,

                                            MATTHEW M. GRAVES
                                            UNITED STATES ATTORNEY
                                            D.C. Bar No. 481052

Date: September 9, 2022                By:   */s/ Jennifer Leigh Blackwell*
                                                       Jennifer Leigh Blackwell
                                                       Assistant United States Attorney
                                                       D.C. Bar No. 481097
                                                       United States Attorney's Office
                                                       601 D Street, N.W.
                                                       Washington, D.C.  20530
                                                       Telephone: (202) 803-1590
                                                       Email: Jennifer.blackwell3@usdoj.gov

CERTIFICATE OF SERVICE

    On this 9th day of September a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

                                        /s/ *Jennifer L. Blackwell*
                                        Jennifer Leigh Blackwell
                                        Assistant United States Attorney
                                        Jennifer Leigh Blackwell
                                        Assistant United States Attorney
                                        D.C. Bar No. 481097
                                        601 D. Street, N.W.
                                        Washington, D.C. 20530
                                        Phone: (202) 803-1590
                                        Jennifer.blackwell3@usdoj.gov